Jane Oak (CA SBN 198085)
jane@janeoaklaw.com
Irene Choe (CA SBN 242961)
irene@janeoaklaw.com
Law Offices of Jane Oak & Associates
3435 Wilshire Blvd., Suite 2470
Los Angeles, CA 90010
Tel: 213) 738-8989
Fax: 213) 738-1777

JS-6

Attorneys for Plaintiff

## THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSION DAWIT ADEFRES<br><br>        Plaintiff,<br><br>vs.<br><br>MERRICK B. GARLAND, Attorney General of the U.S.; UR MENDOZA JADDOU, Director of U.S. Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security; MICHAEL VALVERDE, Associate Director of U.S. Citizenship and Immigration Service Center Field Operations; and CHRISTOPHER WRAY, Director of Federal Bureau of Investigation<br><br>        Defendants | Case No.: 2:23-cv-04518-JFW-PDx<br><br>**ORDER ON MOTION TO DISMISS PETITION FOR WRIT OF MANDATE AND COMPLAINT FOR INJUNCTIVE AND DECLARATIVE RELIEF** |

## ORDER

   Pursuant to this Motion to Dismiss and for the reasons stated therein, IT IS HEREBY ORDERED that this Petition for Writ of Mandate and Complaint for Injunctive and Declarative Relief be dismissed without prejudice.

   IT IS SO ORDERED.

Dated:  August 14, 2023.

_____
Honorable John F. Walter
United States District Judge